# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: REESTABLISHMENT OF THE MAGISTERIAL DISTRICTS WITHIN THE 30th JUDICIAL DISTRICT OF THE COMMONWEALTH OF PENNSYLVANIA | : : : : : | NO. 317 MAGISTERIAL RULES DOCKET |
|---|---|---|

## AMENDED ORDER

**PER CURIAM**

    **AND NOW,** this day 9th day of March 2015, the Order dated February 25, 2013 that Reestablished the Magisterial Districts of the 30th Judicial District (Crawford County) of the Commonwealth of Pennsylvania, is hereby **AMENDED** as follows: Magisterial District 30-3-06 shall include the City of Titusville. The Order of February 25, 2013 shall remain in effect in all other respects.